**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ASPEN LYNN MONTGOMERY,

Plaintiff

v.

TESLA GENERAL INSURANCE, INC.,

Defendant

Case No.: 2:26-cv-03537-APG-BNW

**Order Deeming Order to Show Cause Satisfied**

In light of defendant Tesla General Insurance, Inc.'s response to the order to show cause (ECF No. 6),

I ORDER that the order to show cause (ECF No. 5) is satisfied, and I will not remand this case to state court for lack of subject matter jurisdiction at this time.

DATED this 12th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE